**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANIMAL MEDICAL CENTER ) <br> OF ORLAND PARK, INC. ) <br> on behalf of Plaintiff and ) <br> the class members defined herein, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WALGREEN CO. ) <br> and JOHN DOES 1-20, ) <br> ) <br> Defendants. ) | Case No.: 1:22−cv−00233 <br><br> Honorable Steven C. Seeger |

**NOTICE OF DISMISSAL**

Pursuant to FED. R. CIV. P. 41(a)(1)(i), plaintiff hereby gives notice that the above-entitled case should be dismissed without prejudice and without costs; and respectfully requests that the Court enter an order to that effect.

Respectfully submitted,

/s/ *Daniel A. Edelman*
Daniel A. Edelman

Daniel A. Edelman
Dulijaza (Julie) Clark
**EDELMAN, COMBS, LATTURNER &
GOODWIN, LLC**
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
Dedelman@edcombs.com
jclark@edcombs.com

Frank F. Owen
Florida Bar No. 0702188

        Frank F. Owen
        **FRANK F. OWEN**
            **& ASSOCIATES, P.A.**
        1091 Ibis Avenue
        Miami Springs, Florida 33166
        (305) 984-8915
        FFO@Castlepalms.com

        *Attorneys for Plaintiff Animal Medical*
        *Center of Orland Park Inc.*
        *and all others similarly situated*

## **CERTIFICATE OF SERVICE**

      I, Daniel A. Edelman, hereby certify that on February 24, 2022, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system which shall cause delivery and notification of such filing upon the attorneys of record.

                                        *s/Daniel A. Edelman*
                                        Daniel A. Edelman

Daniel A. Edelman
Dulijaza Clark
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com